UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SPECIALIST PHILLIP M. GOSS

        Petitioner,

  v.

COMMANDING OFFICER
CAPTAIN MATTHEW P. BEILFUSS
1st Battalion, 121st Field Artillery
Wisconsin National Guard,

SECRETARY OF THE ARMY,

        Respondents.

Case No. 06-C-737

## DISMISSAL ORDER

Upon reading and filing the foregoing Notice of Voluntary Dismissal,

IT IS HEREBY ORDERED that the above-captioned action is dismissed upon its merits pursuant to Federal Rule of Civil Procedure 41, without prejudice and without costs to any party.

Dated this 27th day of July, 2006.

        BY THE COURT:

        s/ Rudolph T. Randa
        HON. RUDOLPH T. RANDA
        Chief Judge